## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

Name LARYIE EARL JONES

Prison Number # 1700 2587 AIS 156610

Place of Confinement BALDWIN COUNTY JAIL

Action No. 19CV-22-TF MU

(To be supplied by Clerk of U. S. District Court)

LARYIE EARL JONES _____ (PETITIONER)

(Full name under which you were convicted)

v.

HUEY HOSS MACK _____ (RESPONDENT)

(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner)

### PETITION FOR WRIT OF HABEAS CORPUS BY A
### PERSON IN STATE CUSTODY

Instructions - Read Carefully

(1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5, your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must complete the "Motion to Proceed Without Prepayment of Fees and Costs" form mailed to you with this form, and have an authorized officer at the jail or prison complete the attached financial statement. The completed forms must be returned to the federal court clerk in Mobile.

(5) Only convictions entered by one court at the same time may be challenged in a single petition. If you seek to challenge convictions entered by different courts in the same state or in different states, you must file separate petitions as to each court.

FILED JAN 17 '19 PM 2:16 USDCALS

*Revised 8/2015*

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, the underline original and underline two copies must be mailed to the Clerk of the United States District Court whose address is 113 Saint Joseph Street, Mobile, Alabama 36602.

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

(9) You must immediately advise the Court of any change in your address, e.g., if you are released, transferred, moved, etc. Failure to notify the Court of your new address will result in the dismissal of this petition for failure to prosecute and to obey the Court's order.

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Circuit Court of ~~Covington~~ County, Alabama; Case Number ~~CC-03-187-418-419~~

Judge ~~CHARLES ASHORT~~ . Other court, and case number, if not Circuit Court:

_____

2. Date of judgment of conviction   5-25-2006

3. Length of sentence   3 LIFE

4. Nature of offense involved (all counts) ~~_____~~ POSSESS OF CONTROL SUBSTANCE X 3

_____

_____

5. What was your plea?  (Check one)

    (a) Not guilty  ✓

    (b) Guilty _____

    (c) Nolo contendere _____

6. Kind of trial:  (Check one)

    (a) Jury  ✓

2

*Revised 8/2015*

515106ca3cae4930

(b) Judge only ~~_____~~

7. Did you testify at the trial?  Yes _____  No ✓ _TRIAL_

8. Did you appeal from the judgment of conviction?   Yes ✓   No ~~_____~~

9. If you did <u>not</u> appeal, explain briefly why you did not: ~~_____~~

~~_____~~

_____

10.  If you <u>did</u> appeal, answer the following:

    (a) Name of court  _COURT OF CRIMINAL_

    (b) Result  _AFFIRED ) ONE_

    (c) Date of result  _N/A_

    (d) Did you file a petition for rehearing?

        Yes _____  No ✓ ; if yes, what was the result? _____

        _____

        _____

    When did the court rule on your petition? _N/A_

    (e) Did you file a petition for certiorari?

        Yes _____  No ✓ ; if yes, what was the result?_____

        _____

        _____

    When did the court rule on your petition? _N/A_

11.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions (Rule 20, Rule 32, Error Coram Nobis, Habeas Corpus), applications, or motions with respect to this judgment in any state court?

        Yes ✓   No _____

12.    If your answer to 11. was "yes," give the following information:

*Revised 8/2015*

(a)(1) Name of court _Circuit Court_ ~~~~ _Covington County_ Date filed ~~~~ _N A_

(2) Nature of proceeding (Rule 32, Rule 20, etc.) _Motion To Dismiss_
_Indictment Rule 32_

(3) Grounds raised _Denial of Due Process_
_This Circuit Court Lack of Jurisdiction_
_There where No Control Substance_
_Mark As Exhibit At Trial_

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____   No __✓__

(5) Result _Denieded_

(6) Date of result ~~~~ _N A_

(b) As to any second petition, application or motion, give the same information: _N A_

(1) Name of court _Circuit Court Covington_ ~~~~ Date filed ~~~~

(2) Nature of proceeding _Motion To dismiss Charge_

(3) Grounds raised _Denial of Due Process_
~~~~ _Petitioner Never Waive His Preliminary_
_Hearing There Where No Control Substances At Trial_
_And Judge Short Has Acknowledge of All Fake Charges of Control Substance_

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____   No __✓__

(5) Result _Denieded_

(6) Date of result ~~~~ _N A_

(c) As to any third petition, application or motion, give the same information:

(1) Name of court ~~~~ _Circuit Covington_ Date filed _N A_

(2) Nature of proceeding _Rule 32_ _____

Revised 8/2015

(3) Grounds raised *THERE IS BASIS OF PROSECUTORIAL OR LAW ENFORCEMENT MISCONDUCT IN PROCEEDING PERVASIVE FALSITY IN AND AROUND THE GRAND JURY PRESENTATION.*

(4) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes _____ No __✓_____

(5) Result _*Dismissed*_____

(6) Date of result: _*N A*_____

(d) Did you appeal the result of action taken on any petition, application or motion to the highest state court having jurisdiction?

(1) First petition, etc.   Yes _✓___   No ~~✗~~

Date filed ____*N A*____   Result _____

Date of result _____

(2) Second petition, etc.  Yes __✓___   No _____

Date filed: _____   Result: _____

Date of result _____

(3) Third petition, etc.  Yes __✓__  ~~No~~ _____

Date filed _____   Result _____

Date of result _____

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _*THERE IS NO LAW LIBRARY AND THERE IS NO WAY I CAN get ANY ~~free~~ Forms, I did REQUESTED BY WRITEN THE ~~~~ COVINGTON County Circuit Court Clerk NO RESPONE*_

13.   State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.  If necessary, you may attach pages stating additional grounds and facts supporting same.

Caution:  In order to proceed in the federal court, you must first exhaust your state court

*Revised 8/2015*

remedies as to each ground on which you request action by the federal court.  Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them.  However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds.  If you select one or more of these grounds for relief, you must allege facts.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by use of coerced confession.

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(I)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.

A. Ground one: THE CONVICTIONS WERE INSUFFICIENT TO SUPPORT CONTROL SUBSTANCES, NO EVIDENCES OF ANY CONTROL SUBSTANCE AT TRIAL, PARAPHANELIAS X3 ONLY, AT TRIAL MARK AS EXHIBITS

1. Supporting FACTS (tell your story briefly without citing cases or law): THE STATE FAIL TO PRODUCE PHYSICAL EVIDENCE MARKED AS EXHIBITS OF CONTROL SUBSTANCE AT TRIAL SEE COURT TRANSCRIPTS THESES CASES WERE MUNICLPAL COURT CASES OPP ALABAMA PARAPHANELIAS X 3

Revised 8/2015

2. Did you raise this claim before the state courts on:

Direct appeal:  Yes __✓__  No _____

Rule 20/32 Petition:  Yes __✓__  No _____

Error Coram Nobis:  Yes _____  No _____

State Habeas Corpus:  Yes _____  No _____

3.  If you did not raise this claim before the state courts, tell why you did not: _____

_____

_____

_____

B. Ground two: _THE PETITIONER WERE SENTENCE UNDER HABITUAL ACT_
_SENTENCE THREE LIFES, WRONGFUL_

1.  Supporting FACTS (tell your story briefly without citing cases or law): _JULY 10 06_
_THERE NO SHOW OR PROOF THAT PETITIONER SENTENCE_
_UNDER HABITUAL, IT NOT IN COURT TRANSCRIPTS ON MAY 25-0_
_THE JURY CONVICTED JONES JUDGE SHORT SHOULD HAVE OVERRULED THE VERDICT AND,_
_GRANTED AN ACQUITTAL_

2. Did you raise this claim before the state courts on:

Direct appeal:  Yes __✓__  No _____

Rule 20/32 Petition:  Yes __✓__  No _____

Error Coram Nobis:  Yes _____  No _____

State Habeas Corpus:  Yes _____  No _____

3.  If you did not raise this claim before the state courts, tell why you did not: _____

_____

_____

_____

7

C. Ground three  DENIED ASSISTANCE OF COUNSEL

1. Supporting FACTS (tell your story briefly without citing cases or law): Petitioner

WAS COUNSEL THE COURT REFUSE To GIVE ONE

To PETITIONER

2. Did you raise this claim before the state courts on:

Direct appeal: Yes ✓ No _____

Rule 20/32 Petition: Yes ✓ No _____

Error Coram Nobis: Yes _____ No _____

State Habeas Corpus: Yes _____ No _____

3. If you did not raise this claim before the state courts, tell why you did not: _____

_____

_____

_____

D. Ground four: LACK OF JURISDICTION, CITY JURISDICTION
OPP ALABAMA   COVINGTON COUNTY ALABAMA

1. Supporting FACTS (tell your story briefly without citing cases or law): THE Petitioner

WAS ARRESTED IN EACH CASE FOR PARAPHANELIAS THE

ONLY PHYSICAL EVIDENCE MARK AS EXHIBITS
THAT PROOF THESES CASES MARKED AS EXHIBITS PARAPHANELIAS MUNICIPAL COURT CITY OF OPP.

2. Did you raise this claim before the state courts on:

Direct appeal: Yes ✓ No _____

Rule 20/32 Petition: Yes ✓ No _____

Error Coram Nobis: Yes _____ No _____

State Habeas Corpus: Yes _____ No _____

8                                    *Revised 8/2015*

3.  If you did not raise this claim before the state courts, tell why you did not: _____

_____

_____

_____

14.  A.  Have any of the grounds listed in this present habeas corpus petition ever been raised by you in any other <u>federal</u> habeas corpus petition?  Yes __✓__  No _____.  If yes, which grounds? _____

_____ ALL _____

State the name and case number of your previous federal habeas corpus petition: _____

_____ N A _____

B.  Have you previously filed a habeas corpus petition attacking this present conviction in this or any other federal court?  Yes _____  No __✓__.  If yes, state the name and case number of your previous federal habeas corpus petition: _____

_____

_____

15.  Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?  Yes _____  No __✓__.  If yes, name the court: _____

_____

and state the name and case number of the petition or appeal: _____

16.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing _____ N A _____

(b)  At arraignment and plea _____ N A _____

(c)  At trial _____ NONE _____

9

*Revised 8/2015*

(d) At sentencing _____NONE_____

(e) On appeal _____N A_____

(f) In any post-conviction proceeding _____NONE_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____N A_____

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?  Yes __✓__  No _____

18. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  Yes _____  No __✓__

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) And give date and length of sentence to be served in the future: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?  Yes _____  No __✓__

19.    TIMELINESS OF PETITION: This petition is subject to a one-year statute of limitations contained in The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244(d):

    **(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.  The limitation period shall run from the latest of –**

        **(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;**

        **(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed,**

*Revised 8/2015*

if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If your judgment of conviction became final over one year ago, you must explain, in the space provided below, why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition. BECAUSE OF TRUE FACTS I HAVE SERVED OVER 15 YEARS ON THESE WRONGFUL CONVICTIONS I HAVE BEEN TRYING TO GET THESE CONVICTIONS OVERTURN, I AM INNOCENT OF THE CHARGES POSSESS OF CONTROL SUBSTANCE READ THE COURT TRANSCRIPTS I AM NOT A LAWYER I JUST DON'T KNOW ANY MORE WHAT TO do. MOST ALL MY FAMILY IS dead. EVERYTHING I FILE IN STATE COURT ALWAY DENIED I HAVE FILE IN ALL COURTS I STILL CAN'T GET ANY JUSTICE I TRY TO GET RESENTENCE AS TIME SERVE. DENIE WHY BECAUSE IN 2004 MY ARRESTS WERE BASIS OF PROSECTORPAL AND LAW ENFORCEMENT MISCONDUCT IN PROCEEDING AND PERVASIVE FALSITY IN AND AROUND THE GRAND JURY PRESENTATION, I AM INNOCENT AND MY PETITION SHOULD NOT BE BAR BY ONE-YEAR STATUTE OF LIMITATIONS, I NEED SOMEONE TO READ MY TRANSCRIPT IT PROOF MY INNOCENT, I NEED THESE LIFE SENTENCES OFF ME.

11

Revised 8/2015

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____

Signature of Attorney (if any)

_____

Typed or printed name of attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed and delivered to custodial authorities for mailing on ___JAN - 14-2019___

_____

(date)

_Darryie Earl Jones_

Signature of Petitioner

_260 HAND AVE_

Current mailing address _BAY MINETTE AL 36507_

_____

12                                                      *Revised 8/2015*

LARYie EARL JONES
#17002587
BALDWiN County CORRECTiON CENTER
200 HAND AVE
BAY MiNETTE AL 36507

LESAL
MAiL

This Correspondence is forwarded
from the Baldwin County Sheriff's Corrections Center
The contents have not been
evaluated, and the Baldwin Co.
Sheriff's Office is not responsible
for the substance or contents of the
enclosed communication.

CHARLES R. DiARD, JR
UNited STATES DiStRict CLERK
        COURT
155 ST. JOSEPH ST
MOBiLE AL 36602