IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARYIE EARL JONES | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:19-cv-22-TFM-MU |
| | ) | |
| HUEY HOSS MACK, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On January 25, 2019, the Magistrate Judge entered a Report and Recommendation to which no objections have been filed. (Doc. 4). After due and proper consideration of all portions of this file deemed relevant to the issue raised, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Jones' present habeas petition (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 8th day of March, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE