IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARYIE EARL JONES | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACT. NO. 1:19-cv-22-TFM-MU |
| HUEY HOSS MACK, | ) ) | |
| Respondent. | ) | |

## **JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Mr. Jones' present habeas petition (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction. Further, the Court determines that Jones is not entitled to a Certificate of Appealability and therefore is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 8th day of March 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE